UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
AIM, LLC

Chapter 11
Case No. 8:10-bk-16257-KRM

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

COMES NOW, the Debtor, AIM, LLC, by and through undersigned counsel, and pursuant to Administrative Order TPA-2005-2 hereby files this Chapter 11 Case Management Summary as follows:

1. AIM,LLC. is a limited liability corporation formed under the laws of the state of Florida, which is engaged in the business of manufacturing acoustical insulation products for a variety of industries.

2. The primary location of the Debtor is 1180 Ponce DeLeon Blvd #101, Clearwater, FL. The location of the Debtor's principal assets is at its manufacturing facility at 11939 South Central Suite B, Alsip, Il 60803.

3. The Debtor, AIM,LLC was opened in 2003 and moved its plant to a new significantly lower cost facility by the end of 2009 in an effort to continue to lower its operating costs.

4. Gross Revenues for the first six months of 2010 were $3,270,120 and had rebounded from the depressed levels of 2008. Total operating expenses for the first six months will be about $2,901,081 which leaves a cash flow from operations of $369,039 for the six months ending June 30,2010. The debtor moved to a new and better location late last year which was providing cash savings on its lease expenses of over $600,000 and had reduced its operating costs in other areas as well. The debtor is also anticipating further cost reductions as part of its plan in the future. Attached hereto as Exhibit "A" is a complete Statement of Operations and Earnings Forecast for the year 2010.

5. The debtor is operating at about 70% of its current capacity and due to its high fixed costs has a significant contribution margin on each additional dollar of sales. The debtor also had a second line available for backup to its existing line and to provide for future business and replacement parts and much of it was taken by Stearns Bank, N.A. during its replevin action. This second line is crucial to the debtor being able to present a confirmable plan of reorganization.

6. The debtor does not believe it will need DIP financing at this time and believes the primary reason it was forced to file for protection under Chapter 11 was due to a breakdown in

negotiations with Stearns Bank. The Debtor seeks to reorganize under Chapter 11 and by restructuring its debt and further reducing expenses believes it can present a successful plan.

5. The amounts owed to the three classes of creditors are as follows:

a. Priority Creditors— $0.

b. Secured Creditors: Stearns Bank is the single largest secured creditor with an estimated claim of $3,030,000.00. Other secured lien holders have second and third liens in the estimated amount of $15,283,823. These second and third lien holders have ownership interests in the Debtor and are listed on Schedule D in the Voluntary Petition.

c. The Amount of unsecured claims is estimated to be: $7,058,700.11. Johns Manville is the single largest unsecured creditor at this time and is owed approximately $5,000,000.00. Johns Manville has a 30% ownership interest in the Debtor.

6. The Debtor's assets consists of, Furnishings, Fixtures, Equipment and other tangible assets, having an estimated value of $861,590 (without considering the value of the Machinery, Fixtures and Equipment. The value has not yet been determined) and more particularly described as follows:

| Description | Approx. Value |
| --- | --- |
| Business Checking/Operating Account at Wachovia Bank | $32,319.00 |
| Business Payroll Account at Charter One Bank | $0 |
| Business Savings Account at MB Financial | $0 |
| Business Savings Account at Stearns Bank | $0 |
| Deposit with Atlas Toyota | $4,999.00 |
| Deposit with Centerpointe | $350,000.00 |
| Deposit with First Industrial, LP | $150,000.00 |
| Deposit with Nicon Gas | $3,918.00 |
| Deposit with Village of Alsip | $50.00 |
| Accounts Receivable | $23,373.00 |
| Goodwill, intangible, Assets, and Patents | Unknown |
| Misc. Office Furnishings | $3,197.00 |
| Misc. Machinery, Fixtures, Equipment (including improvements of lease) | Unknown |
| Misc. Inventory, Raw Materials, Feed Stock, Scrim, Boxes, Dte, Die Cutting, Packaging, Finished Goods | $261,910.00 |
| Deferred Financing Costs, Prepaid Expenses | $31,824.00 |

Dated: July 20, 2010

REISSMAN & BLANCHARD, P.A.

*/s/Jake C. Blanchard*  for the firm

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing Case Management Summary has been served either electronically or by regular U.S. Mail to: U.S. Trustee, 501 Polk Street, #1200, Tampa, FL 33602 AIM, LLC and by CM/ECF to all creditors that made a proof of claim/filed a notice of appearance on this 20th day of July, 2010.

    REISSMAN & BLANCHARD, P.A.

    */s/Jake C. Blanchard*  for the firm

    Marshall G. Reissman, Esquire
    FBN: 310085
    Jake C. Blanchard, Esquire
    FBN: 55438
    Attorneys for Debtor
    5150 Central Avenue
    St. Petersburg, FL 33707
    Telephone: (727) 322-1999
    Facsimile: (727) 327-7999